IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANTHONY RAY PARKS                                                    PLAINTIFF

v.                          Case No. 09-6100

WAL-MART; ADAM CASTILE, Manager,
Wal-Mart; MICHAEL BUFFINGTON,
Employee, Wal-Mart; and
DETECTIVE BILL HOUSE                                                DEFENDANTS

**ORDER**

Now on this 7th day of December 2009, there comes on for consideration the report and recommendation filed herein on November 17, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8). Also before the Court are Plaintiff's written objections (Doc. 10).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's Complaint is DISMISSED for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**